IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICHARD LEO BARNER, III,**

    **Plaintiff,**

v.                                                    Case No.  5:16cv319-MW/GRJ

**DAVID SASSER, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 72.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants David Sasser's, Kimberly Smith's, Lorraine Cabrillas' and Olga Santiago's, Motion to Dismiss Plaintiff's Third Amended Complaint in Part, ECF No. 59, is **GRANTED**.  Plaintiff's claims against Defendants Sasser, Smith, Cabrillas, and Santgiago in their official capacities, are **DISMISSED**, and Plaintiff's claim for injunctive relief is **DISMISSED as moot**. This cause is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on November 8, 2018.**

                                                            **s/Mark E. Walker              ____**
                                                            **United States District Judge**