**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RICHARD LEO BARNER, III,**

    **Plaintiff,**

**v.**           **Case No.  5:16cv319-MW/GRJ**

**DAVID SASSER, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

  This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 81.  Upon consideration, no objections having been filed by the parties,

  **IT IS ORDERED:**

  The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants Tommy Ford and Mary Jager's Motion to Dismiss Plaintiff's Third Amended Complaint in Part, ECF No. 76, is **GRANTED**.  Plaintiff's claims against Defendant Jager in her official capacity are **DISMISSED**, and Plaintiff's claim for injunctive relief is **DISMISSED as moot**.

  **SO ORDERED on November 6, 2018.**

      **s/ MARK E. WALKER**
      **Chief United States District Judge**