# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RICHARD LEO BARNER, III,**

    **Plaintiff,**

v.                                                       Case No. 5:16cv319-MW/GRJ

**DAVID SASSER, et al.,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 90. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' Motion for Summary Judgment, ECF No. 82, is **GRANTED** and Judgment is entered in favor of Defendants Sasser, Smith, Cabrillas, Santiago, and Jager in their individual capacities and Defendant Ford in his official capacity. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants are dismissed." The Clerk shall close the file.

**SO ORDERED on January 17, 2019.**

                                                      s/Mark E. Walker          
                                                      **Chief United States District Judge**